# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-3198

_____

United States of America,

*Plaintiff Appellee*,

v.

Amanda Renee Komp,

*Defendant Appellant.*

_____

No. 22-3222

_____

United States of America,

*Plaintiff Appellee*,

v.

Tammy McCullough,

*Defendant Appellant.*

_____

Appeals from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: February 13, 2023
Filed: February 16, 2023
[Unpublished]
_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Amanda Komp and Tammy McCullough appeal after they were found guilty by a jury of fraud offenses. They argue that the district court[1] erred in denying their motions for judgment of acquittal as to the offense of aggravated identity theft, asserting that a signature does not constitute a "means of identification" under 18 U.S.C. §§ 1028(d)(7) and 1028A. We conclude that the district court did not err, because a forged signature constitutes a "means of identification" under the applicable provisions. *See United States v. Porter*, 745 F.3d 1035, 1042 (10th Cir. 2014); *United States v. Blixt*, 548 F.3d 882, 886 (9th Cir. 2008). Accordingly, we affirm.

_____

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.